## THIRD DEPARTMENT, NOVEMBER TERM, 1897.

Jay C. Coloney, Appellant, v. Edwin Farrow, Respondent.— Judgment and order affirmed, with costs. No opinion. All concurred.

Agnes E. Coloney and Others, Respondents, v. Edwin Farrow, Appellant.— Judgment and order affirmed, with costs. No opinion. All concurred.

John T. Hopkins, Respondent, v. Matthew Nial, Appellant.— Judgment affirmed, with costs. No opinion. All concurred.

Ledyard P. Hale, as Receiver of The St. Lawrence Manufacturing Company, Appellant, v. Marcus P. Mason, Respondent.— Judgment affirmed, with costs. No opinion. All concurred, except Landon, J., not sitting.

Wallace Kathan, Respondent, v. John A. Kathan, Appellant.— Judgment and order affirmed, with costs. No opinion. All concurred, except Landon, J., not sitting.

In the Matter of the Application of the Taxpayers and Freeholders of the Village of Plattsburgh, for a Summary Investigation into the Financial Affairs of the Village of Plattsburgh.— Motion to dismiss the appeal denied, without costs to either party.

Helen J. Messenger, as Administratrix, etc., of Edward Messenger, Deceased, Appellant, v. The Village of Mechanicville and Edwin Farrow, Respondents.— Judgment affirmed, with costs. No opinion. All concurred.

John McKesson, Jr., and Others, Respondents, v. Albert Corbin and Frederick G. Corbin, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. All concurred.

Margaret Myers, Appellant, v. Daniel J. Gaffey, Respondent.— Judgment affirmed, with costs. No opinion. All concurred.

Gabriel S. North and Henry N. Beecher, Respondents, v. The G. H. Hammond Company, Appellant.— Judgment and order affirmed, with costs. No opinion. All concurred.

Gilbert F. Pearse, as Assignee, etc., v. John H. Day and Others.— Appeal dismissed, unless within ten days after service of a copy of this order the appellant pays the costs ordered at the Special Term, and upon the appeal therefrom, together with ten dollars costs of this motion.

The People of the State of New York, Appellant, v. Irving D. Lamb, Respondent.— Judgment affirmed, with costs. No opinion All concurred.

The People of the State of New York ex rel. New York Loan and Improvement Company, Relator, v. James A. Roberts, as Comptroller of the State of New York, Respondent.— Determination of the Comptroller confirmed, with fifty dollars costs and disbursements. No opinion. All concurred, except Parker, P. J., and Merwin, J., dissenting.

Omer Rickard, Appellant, v. George Van Dyke, Respondent.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion

George W. Sellers, Appellant, v. The New York Central and Hudson River Railroad Company, Respondent.— Judgment affirmed, with costs. No opinion. All concurred, except Putnam, J., not sitting.

Bradford B. Wilcox, Appellant, v. Truman Baker and Frank E. Wynn, Respondents.— Judgment affirmed, with costs. No opinion. All concurred.

Alexander D. Wales, Appellant and Respondent, v. Spring Forest Cemetery Association and Others, Respondents and Appellants, Impleaded with Others.— Order denying motion to strike from judgment provision for interest upon $750 from July 5, 1895, reversed.— Judgment modified, by striking therefrom the provision for interest upon $750 from July 5, 1895, and as so modified. affirmed, without costs to either party. No opinion. All concurred.

Maria Barr, as Executrix, etc., of Robert S. Barr, Deceased, Appellant, v. Mary J. Stringer and Others, Respondents.— Judgment affirmed, with costs to both parties to be paid out of the estate. No opinion. All concurred.

The Binghamton Trust Company, Respondent, v. Reuben B. Jump, Appellant, Impleaded with Others.— Judgment affirmed, with costs. No opinion. All concurred.

Willard Blinebry, Appellant, v. The Delaware, Lackawanna and Western Railroad Company, Respondent.— Judgment of the County Court affirmed, with costs. No opinion. All concurred.

Samuel F. Dudley, Respondent, v. Stephen F. Snyder, Appellant.— Judgment affirmed, with costs. No opinion. All concurred.

Catherine M. Healy, Respondent, v. The City of Elmira, Appellant.— Judgment and order affirmed, with costs. No opinion. All concurred.

Edgar J. Hall, Respondent, v. The President, Managers and Company of the Delaware and Hudson Canal Company, Appellant.— Judgment affirmed, with costs. No opinion. All concurred, except Merwin, J., dissenting and Putnam, J., not acting.

Henry H. Lyman, as State Commissioner of Excise, v. John C McGreivey and Others.— Motion granted, upon payment of ten dollars costs.

The People of the State of New York ex rel. George W. Kelly and Others, Respondents, v. George H. Lasher, as Commissioner of Highways of the Town of Middleton, and Others, Appellants — Judgment and order affirmed, with costs. No opinion. All concurred.

Isaac Reiffeld, Respondent, v. The President, Managers and Company of the Delaware and Hudson Canal Company, Appellant.— Judgment and order affirmed, with costs. No opinion. All concurred, except Putnam, J., not sitting.

George W. Sellers, Appellant, v. The New York Central and Hudson River Railroad Company, Respondent.— Motion for leave to go to the Court of Appeals denied.

Edwin F. Salisbury v. Benjamin J. Slade and Others.— Motion granted for one bill of costs to guardian ad litem, to be divided between them.

Daniel Sturtevant, Respondent, v. Jerry Adams, Appellant.— Judgment modified by deducting therefrom seventy-one dollars and ninety-four cents, and as modified, affirmed, with costs to the appellant in this court and in the County Court. No opinion. All concurred.

Jacob M. Schumacher, Appellant, v. Jemima F. Veeder, Respondent.— Judgment affirmed, with costs. No opinion. All concurred.

Edgar F. Tallmadge and Others, Respondents, v. James M. Stewart, Appellant.— Judgment affirmed, with costs. No opinion. All concurred.

Helena S. Tailby, Appellant, v. The City of Ithaca, Respondent.— Judgment affirmed, with costs. No opinion. All concurred.

James B. Weed, Respondent, v. The Binghamton Railroad Company, Appellant.— Judgment affirmed, with costs. No opinion. All concurred.